

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

07CV6680
JUDGE COAR
MAG. JUDGE COLE

In the Matter of

Maxim SOKOLOV　　　　　　　Plaintiff
v.
Michael CHERTOFF, in his official capacity as Secretary of the U.S. Department of Homeland Security, United States Citizenship and Immigration Services ("U.S.C.I.S."), Emilio GONZALEZ, in his official Capacity as Director of U.S.C.I.S., Gerard HEINAUER in his official Capacity as Director of the Nebraska Service Center of U.S.C.I.S., Ruth DOROCHOFF, in her official capacity as Director of the Chicago District Office of U.S.C.I.S., & Robert S. MUELLER, III in his official capacity as Director of the Federal Bureau of Investigation,　　　Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Maxim Sokolov, Plaintiff

**FILED**
J.N
NOV 2 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Matthew Bernstein | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Law Offices of Chicago-Kent College of Law | |
| STREET ADDRESS <br> 565 West Adams Street, Suite 600 | |
| CITY/STATE/ZIP <br> Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6217485 | TELEPHONE NUMBER <br> (312)906-5047 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑　　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　　NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　　NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑　　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |