## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6680 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Sokolov vs. Chertoff | | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/21/2008. Plaintiff's oral motion to dismiss is granted. For the reasons stated on the record, this action is dismissed. Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|